UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 24-6195

**Case Name** Center for Biological Diversity, et al. v. Haaland, et al.

**Counsel submitting this form** Kyle Glynn

**Represented party/parties** Haaland; Williams; U.S. Fish and Wildlife Service

*Briefly describe the dispute that gave rise to this lawsuit.*

Center for Biological Diversity, Western Watershed Project, and Pat Munday (together, plaintiffs) challenge the U.S. Fish and Wildlife Service's (FWS) 2020 decision not to list the distinct population segment of Arctic grayling in the Upper Missouri River basin under the Endangered Species Act (ESA).

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

On cross motions for summary judgment, the district court granted summary judgment for the plaintiffs on some but not all of their ESA claims.

The Office of the Solicitor General has not yet made a decision about whether the federal defendants will pursue this appeal. Although the federal defendants may or may not actually pursue this appeal, two potential issues on appeal are whether the district court erred in holding (1) the FWS's determination that the Ruby River Arctic grayling population was viable was arbitrary and capricious, and (2) it was arbitrary and capricious for the FWS to rely on the benefits of the Big Hole Candidate Conservation Agreement with Assurances.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Counsel is aware of no remaining or related proceedings.

**Signature** s/ Kyle Glynn       **Date** 10/15/2024
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                                    *Rev. 09/01/22*

2