# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)**  24-6406; 24-6195

**Case Name**  Center for Biological Diversity, et al. v. Haaland, et al.

**Counsel submitting this form**  Emily T. Qiu

**Represented party/parties**  Pat Munday, Center for Biological Diversity, Western Watersheds Project

*Briefly describe the dispute that gave rise to this lawsuit.*

Center for Biological Diversity, Western Watersheds Project, and Pat Munday (collectively, Plaintiffs) challenge the U.S. Fish and Wildlife Service's (FWS) 2020 decision not to list the Upper Missouri River distinct population segment of Arctic grayling under the Endangered Species Act.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  1  *Rev. 09/01/22*

*Briefly describe the result below and the main issues on appeal.*

On cross motions for summary judgment, the United States District Court for the District of Montana vacated and remanded the agency's 2020 decision to withhold ESA protections from the Upper Missouri River Basin Arctic grayling based on some of Plaintiffs' claims.

Defendants indicated in their mediation questionnaire that they have not yet decided whether they are going to appeal. Plaintiffs are waiting for Defendants' decision on whether they will pursue this appeal. If Defendants pursue this appeal, the potential issues on appeal for Plaintiffs are whether the district court erred in holding: (1) FWS did not err in determining that the Big Hole River population of Arctic grayling is relatively stable; (2) the agency's decision to rely on the Madison River and Centennial Valley populations of Arctic grayling to provide redundancy for the fluvial portion of the DPS was not arbitrary and capricious; (3) FWS did not act arbitrarily and capriciously when it dismissed genetic threats posed by grayling' small and isolated subpopulations; (4) the agency did not arbitrarily and capriciously dismiss habitat threats posed by high stream temperatures and low flows; and (5) FWS adequately considered the cumulative effects of climate change.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Counsel is aware of no remaining or related proceedings.

**Signature** *Emily Tianyi Qiu*  **Date** October 28, 2024
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

2